# United States Court of Appeals
## For the First Circuit

No. 15-1523

UNITED STATES OF AMERICA,

Appellee,

v.

PAUL HENRY, a/k/a LT,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 17, 2016, is amended as follows:

On page 8, line 3, "conservations" is replaced with "conversations"

On page 27, line 11, the word "the" is inserted between "and" and "subsequent"